IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KEITH SCOTT<br><br>Plaintiff,<br><br>v.<br><br>MARGOLIS, PRITZKER, EPSTEIN & BLATT, P.A.<br><br>Defendant. | Case No. 11-1173-CCB |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Keith Scott, by and through his attorney Cory L. Zajdel of Z LAW, LLC, hereby dismisses the above captioned matter under FED. R. CIV. P. 41(a)(1) and for support alleges and states as follows:

1.    Plaintiff Keith Scott filed this action on May 4, 2011. Docket #1.

2.    To date, Defendant Margolis, Pritzker, Epstein & Blatt, P.A. has not filed an Answer or a Motion for Summary Judgment.

3.    Plaintiff Keith Scott hereby gives notice that he dismisses the above captioned matter as against Defendant Margolis, Pritzker, Epstein & Blatt, P.A.

4.    This Notice of Voluntary Dismissal filed by Plaintiff Keith Scott shall act as a *dismissal with prejudice*.